ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 2 3 2005
CLERK, U.S. DISTRICT C(
By _____

| | | |
|---|---|---|
| HENRY LEE WATKINS | § | |
| Plaintiff, | § | |
| VS. | § | NO. 3-05-CV-1961-H |
| SHERIFF STEWART, ET AL. | § | |
| Defendants. | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby accepted as the Findings of the Court.

SO ORDERED this ___ day of Nov, 2005.

_____
UNITED STATES DISTRICT JUDGE